UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILFREDO COLON,

          Plaintiff,

-vs-                                              Case No. 6:12-cv-1447-Orl-18TBS

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY (Federal Emergency
Management Agency),

          Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) and plaintiff's Renewed Motion for Appointment of Counsel. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's motions are DENIED and this case is DISMISSED without prejudice, with leave to amend within fourteen (14) days from the date of this order. Clerk of the Court is directed to CLOSE the case if plaintiff fails to file a second amended complaint.

It is **SO ORDERED** in Orlando, Florida, this ___13___ day of December, 2012.

                                          G. KENDALL SHARP
                                          Senior United States District Judge

Copies to:

Counsel of Record