UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILFREDO COLON,

Plaintiff,

-vs-  Case No. 6:12-cv-1447-Orl-18TBS

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY (Federal Emergency
Management Agency),

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Second Motion to Proceed *In Forma Pauperis (Doc. 15)*. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Second Motion to Proceed *In Forma Pauperis* is **DENIED**. Plaintiff's renewed motion to appoint counsel (see Doc. 15) is **DENIED** and the case is **DISMISSED** with prejudice. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 27 day of March, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Wilfredo Colon